UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Ronnie Lee Hicks II,<br><br>                Plaintiff,<br><br>   v.<br><br>G Curolous et al.,<br><br>                Defendants. | CASE NO. 3:19-cv-05831-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 22, 2019 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Ronnie Lee Hicks II, proceeding *pro se*, filed a proposed complaint on September 5, 2019. Dkt. 1. Plaintiff did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. On September 9, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he had failed to meet the filing fee requirement. Dkt. 2. The Clerk of Court instructed Plaintiff to submit the $400.00 filing fee or an application to proceed IFP. *Id*. The Clerk of Court warned Plaintiff that if he did not respond to the letter by October 9, 2019 the action may be subject to dismissal. *Id*.

1  On October 2, 2019, Plaintiff filed a Prison Trust Account Statement. Dkt. 4. However, Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on November 22, 2019 as noted in the caption.

Dated this 28th day of October, 2019.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2